**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| In Re Athens/Alpha Gas Corporation, a Texas Corporation, | ) ) ) ) | **ORDER RE BRIEFING SCHEDULE** Case No. 1:06-cr-054 |
| Debtor. | ) | |

Athens/Alpha Gas Corporation, Debtor/Plaintiff, has filed an appeal with this court of the bankruptcy court's order of May 16, 2006. The parties shall have until January 22, 2007, to file a brief addressing the issue(s) on appeal. Additionally, each party shall have until February 5, 2007, to file a response to the other's brief.

**IT IS SO ORDERED.**

Dated this 20th day of December, 2006.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge

1