**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| In Re Athens/Alpha Gas Corporation, a Texas Corporation, | ) ) ) | **ORDER RE AMENDED BRIEFING SCHEDULE** |
| Debtor. | ) | Case No. 1-06-cv-054 |

Previously, the court set simultaneous deadlines for filing briefs. The briefing schedule shall be amended as follows. The Appellant shall have until January 22, 2007, to file a brief with the court. The Respondent shall have until February 6, 2007, to file a brief with the court.

**IT IS SO ORDERED.**

Dated this 28th day of December, 2006.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller Jr.
United States Magistrate Judge