**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Athens/Alpha Gas Corporation, a Texas Corporation, | ) ) | Bankruptcy No. 03-30008 |
| | ) | |
| Debtor. | ) | |
| _____ | ) ) | **ORDER GRANTING MOTION TO APPEAR PRO HAC VICE** |
| Athens/Alpha Gas Corporation, a Texas Corporation, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:06-cv-054 |
| vs. | ) ) | |
| Robert Hallmark and William R. Austin, | ) ) | |
| Defendants. | ) | |

Before the court is the debtor's motion for attorney George A. Cannon to appear *pro hac vice* on it's behalf. In accordance with Local Rule 79.1(D), Mr. Cannon has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fee to the office of the clerk. Accordingly, the debtor's motion (Docket No. 6) is **GRANTED**. Attorney George A. Cannon is admitted to practice before this court in this matter on the debtor's behalf.

**IT IS SO ORDERED.**

Dated this 2nd day of March, 2007.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge